
IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAKE HANAN**                                                                       **PLAINTIFF**

v.                    Case No. 4:23-CV-00308-LPR

**OVERLOOK PARTNERS, LLC d/b/a
STEEP HILL ARKANSAS,
BRANDON THORNTON,
BRENT WHITTINGTON,
BOLD TEAM LLC,
NSMC-OPCO, LLC D/B/A
NATURAL STATE MEDICINAL,
OSAGE CREEK CULTIVATION, L.L.C.
And JOHN DOES 1-10**                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is REMANDED to state court.

IT IS SO ADJUDGED this 5th day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE